| | |
|---|---|
| | The Honorable Marsha J. Pechman |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>TUAN QUANG LE,<br><br>Defendant. | NO. 02-CR-443 MJP<br><br>MOTION TO DISMISS<br><br>Noted for June 3, 2021 |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the court endorsed hereon, the United States Attorney for the Western District of Washington hereby dismisses Count 1 of the Superseding Indictment as to Tuan Quan Le only, which count charges him with Conspiracy to Distribute Controlled Substances in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 846.

DATED this 3rd day of June, 2021.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

s/ Brian D. Werner
BRIAN D. WERNER
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:   (206) 553-2389
Fax:               (206) 553-4440
E-mail:          brian.werner@usdoj.gov

Motion to Dismiss
*United States v.* Le,  CR 02-443 MJP - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Leave of court is granted for the filing of the foregoing dismissal without prejudice.

DATED this  8th  day of June_____, 2021.

_____
MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

Motion to Dismiss
*United States v.* Le,  CR 02-443 MJP - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970