UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>   v.<br><br>TUAN QUANG LE,<br><br>                Defendant. | CASE NO. 2:02-cr-00443-LK<br><br>ORDER GRANTING STIPULATED MOTION TO CORRECT RECORD OF VACATED CONVICTION |

      This matter comes before the Court on the parties' Stipulated Motion to Correct Record of Vacated Conviction. Dkt. No. 671. Having considered the motion and records herein, the Court finds as follows:

      1.      On April 29, 2021, the Court ruled that Tuan Quang Le's conviction for violating 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846, was unlawful and obtained in violation of the United States Constitution when he was denied effective assistance of counsel. Dkt. No. 667; *see also* Dkt. No. 297. The Court authorized the withdrawal of Mr. Le's guilty plea and vacated his judgment imposed on October 10, 2003, Dkt. No. 425.

2.      On June 8, 2021, the Court granted leave for the Government to dismiss the remaining charge against Mr. Le in the second superseding indictment. Dkt. No. 669. The Government did not file additional charges against Mr. Le. Thus, Mr. Le has no valid criminal conviction pertaining to this case.

3.      The vacated charges were filed under this cause number, 2:02-cr-00443-MJP, in the United States District Court for the Western District of Washington.

4.      Identification numbers pertaining to Tuan Quang Le (DOB ___, 1972) include FBI ____0KB3, USM ____1-086. Dkt. No. 673.[1]

Based on the foregoing, IT IS HEREBY ORDERED:

Any agency record suggesting Mr. Le has a current valid criminal conviction pertaining to this case is in error; such records should be corrected according to applicable law and policy to remove the conviction or accurately reflect that it was vacated and dismissed upon notice or request.

The Government is responsible for ensuring that the corrected data and any necessary identifying information is forwarded to the Federal Bureau of Investigation.

Dated this 9th day of December, 2025.

Lauren King
United States District Judge

---

[1] These numbers are partially redacted to conform to the parties' proposed order, *id.*, and Federal Rule of Criminal Procedure 49.1(a)(2).

ORDER GRANTING STIPULATED MOTION TO CORRECT RECORD OF VACATED CONVICTION - 2